UNITED STATES DISTRICT COURT
For the Northern District of California

E-filing

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PEOPLE AGAINST DRUGS AFFORDABLE PUBLIC HOUSING, INC. DBA/PAD MOTOR SPORTS, | CASE NO. MMC |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| ELECTRONIC ARTS, INC. DBA EA SPORTS, | |
| Defendant(s). | |

DANIEL P. GARRIGAN, an active member in good standing of the bar of TEXAS whose business address and telephone number (particular court to which applicant is admitted) is

2908 McKinney Ave., Dallas, TX 75204 (214) 219-1000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff PLAINTIFF.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~ SEP 1 8 2007

United States District Judge