UNITED STATES DISTRICT COURT

E-filing Northern District of California

| | |
|---|---|
| PEOPLE AGAINST DRUGS AFFORDABLE PUBLIC HOUSING, INC. DBA/PAD MOTOR SPORTS, <br><br> Plaintiff(s), <br><br> v. <br><br> ELECTRONIC ARTS, INC. DBA EA SPORTS, <br><br> Defendant(s). | CASE NO. **MMC** <br><br> (Proposed) <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

BRETT B. STALCUP, an active member in good standing of the bar of

TEXAS whose business address and telephone number

(particular court to which applicant is admitted)

is

2908 McKinney Ave., Dallas, TX 75204 (214) 219-1000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff PLAINTIFF.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~ SEP 1 8 2007

_____
United States District Judge