1  KEKER & VAN NEST, LLP
   R. JAMES SLAUGHTER - #192813
2  MICHAEL K. STERN (*Pro Hac Vice* Pending)
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5

   Attorneys for Defendant
6  ELECTRONIC ARTS INC.

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12

| | |
|---|---|
| PEOPLE AGAINST DRUGS AFFORDABLE PUBLIC HOUSING, INC. DBA/PAD MOTOR SPORTS/GREEN LIGHT RACING,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC. DBA EA SPORTS,<br><br>Defendant. | Case No. C-07-4693-MMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Maxine M. Chesney |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3  Pursuant to Fed. R. Civ. P. 7.1(a), Electronic Arts Inc. states that it has no parent
4  corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 3, 2007                                    KEKER & VAN NEST, LLP

                                                          By:  s/R. James Slaughter
                                                              R. JAMES SLAUGHTER
                                                              MICHAEL K. STERN
                                                              Attorneys for Defendant
                                                              ELECTRONIC ARTS INC.