```
 1  KEKER & VAN NEST, LLP
    R. JAMES SLAUGHTER - #192813
 2  MICHAEL K. STERN (Pro Hac Vice Pending)
    710 Sansome Street
 3  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
 4  Facsimile: (415) 397-7188
 5
    Attorneys for Defendant
 6  ELECTRONIC ARTS INC.
 7
 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
12
    PEOPLE AGAINST DRUGS AFFORDABLE     Case No. C-07-4693-MMC
13  PUBLIC HOUSING, INC. DBA/PAD
    MOTOR SPORTS/GREEN LIGHT RACING,    [PROPOSED] ORDER GRANTING
14                                      DEFENDANT ELECTRONIC ARTS
                     Plaintiff,         INC.'S MOTION TO DISMISS
15
         v.                             Date: November 9, 2007
16                                      Time: 9:00 a.m.
    ELECTRONIC ARTS, INC. DBA EA        Courtroom: 7
17  SPORTS,
18                   Defendant.         Hon. Maxine M. Chesney
19
20
...
28
```

403870.01    [PROPOSED] ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS
             CASE NO. C-07-4693-MMC

Defendant Electronic Arts Inc.'s Motion to Dismiss the Complaint, having come before the Court on November 9, 2007, and the Court having considered the parties' briefs and the arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Electronic Arts Inc.'s Motion to Dismiss the Complaint is GRANTED. The Complaint is dismissed without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2007

By: _____
HON. MAXINE M. CHESNEY
United States District Judge