1  KEKER & VAN NEST, LLP
   R. JAMES SLAUGHTER - #192813
2  MICHAEL K. STERN (*Pro Hac Vice* Pending)
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5

   Attorneys for Defendant
6  ELECTRONIC ARTS INC.

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12
   PEOPLE AGAINST DRUGS AFFORDABLE        Case No. C-07-4693-MMC
13 PUBLIC HOUSING, INC. DBA/PAD
   MOTOR SPORTS/GREEN LIGHT RACING,       **PROOF OF SERVICE**
14                                        *(Defendant Electronic Arts Inc.'s Notice of Motion
                         Plaintiff,       and Motion to Dismiss Or, Alternatively, To Strike;*
15                                        *Memorandum of Points and Authorities in Support*
          v.                              *Thereof; Certification of Interested Entitles or*
16                                        *Persons; [Proposed] Order)*
   ELECTRONIC ARTS, INC. DBA EA
17 SPORTS,
                                          Date: November 9, 2007
18                       Defendant.       Time: 9:00 a.m.
                                          Courtroom: 7
19
                                          Hon. Maxine M. Chesney
20

21

22

23

24

25

26

27

28

---

403938.01

PROOF OF SERVICE
CASE NO. C-07-4693-MMC

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On October 3, 2007, I served the following document(s):

**DEFENDANT ELECTRONIC ARTS INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**[PROPOSED] ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS**

by **FACSIMILE TRANSMISSION (IKON)**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error.

| | |
|---|---|
| Brett B. Stalcup, Esq.<br>Daniel G. Garrigan, Esq.<br>Law Offices of Brett B. Stalcup<br>2908 McKinney Avenue<br>Dallas, TX 75204 | Telephone: (214) 219-1000<br>**Facsimile:** **(214) 219-1003** |

Executed on October 3, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Roseann Cirelli*
ROSEANN CIRELLI

---

PROOF OF SERVICE
CASE NO. C-07-4693-MMC

403936.01