# UNITED STATES DISTRICT COURT

## Northern District of California

PEOPLE AGAINST DRUGS
AFFORDABLE PUBLIC HOUSING,
INC., et al.,

                Plaintiff(s),

   v.

ELECTRONIC ARTS, INC. DBA EA SPORTS,

                Defendant(s).

CASE NO. C-07-4693-MMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael K. Stern, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111;
Telephone: (415) 391-5400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant ELECTRONIC ARTS, INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: OCT 1 0 2007

                              HON. MAXINE M. CHESNEY
                              United States District Judge