IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE AGAINST DRUGS AFFORDABLE PUBLIC HOUSING, INC. DBA/PAD MOTOR SPORTS/GREEN LIGHT RACING,<br><br>    Plaintiff,<br><br>  v.<br><br>ELECTRONIC ARTS, INC. DBA EA SPORTS,<br><br>    Defendants<br>_____ / | No. C 07-4693 MMC<br><br>**ORDER VACATING NOVEMBER 9, 2007 HEARING** |

    Before the Court is defendant's "Motion to Dismiss or, Alternatively, to Strike," filed October 3, 2007 and scheduled for hearing November 9, 2007. Pursuant to the Civil Local Rules of this District, opposition was due no later than October 19, 2007. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for November 9, 2007.

    **IT IS SO ORDERED.**

Dated: October 24, 2007

                                          MAXINE M. CHESNEY
                                          United States District Judge