ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

BRETT B. STALCUP, *Pro Hac Vice*
DANIEL P. GARRIGAN, *Pro Hac Vice*
LAW OFFICES OF BRETT B. STALCUP
2908 McKinney Ave.
Dallas, TX 75204
Telephone: (214) 219-1000
Facsimile: (214) 219-1003

Attorneys for Plaintiffs
PEOPLE AGAINST DRUGS AFFORDABLE
PUBLIC HOUSING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE AGAINST DRUGS AFFORDABLE PUBLIC HOUSING, INC. DBA/PAD MOTOR SPORTS/GREEN LIGHT RACING,<br><br>Plaintiffs,<br>v.<br><br>ELECTRONIC ARTS, INC. DBA EA SPORTS<br><br>Defendants. | Case No. C-07-4693-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. § 41(a), plaintiff hereby voluntarily dismisses the above-captioned action without prejudice.

///
///
///
///
///

1

NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: November 1, 2007 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | ROBERT S. LAWRENCE |
| 5 | | |
| 6 | | BRETT B. STALCUP<br>DANIEL P. GARRIGAN |
| 7 | | LAW OFFICES OF BRETT STALCUP<br>2908 McKinney Ave. |
| 8 | | Dallas, TX 75204<br>Tel:    214.219.1000 |
| 9 | | Fax:    214.219.1003 |
| 10 | | Attorneys for Plaintiffs<br>PEOPLE AGAINST DRUGS AFFORDABLE<br>PUBLIC HOUSING, INC. |

2

NOTICE OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**

| | |
|---|---|
| **Case Name:** | PEOPLE AGAINST DRUGS, et al. v. EA SPORTS, et al. |
| **Case No:** | U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE NO. C-07-4693-MMC |
| **Documents:** | NOTICE OF VOLUNTARY DISMISSAL |

I am employed in the City and County of San Francisco, California. I am over the age of eighteen (18) years and am not a party to the within cause; my business address is 235 Pine Street, Suite 1300, San Francisco, California 94104.

I am familiar with the regular mail collection and processing practice of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

**BY MAIL [XXXX]** On this date, served the foregoing document(s) in the above-named case and matter on the parties below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

KEYER & VAN NEST, LLP
R. JAMES SLAUGHTER
MICHAEL K. STERN
701 Sansome Street
San Francisco, CA 94111
Facsimile: 415.397-7188
Email: rslaughter@kvn.com

**BY FEDERAL EXPRESS [ ]** On this date, I served the foregoing document in the above-named case and matter on the parties below by placing a true and correct copy for collect in a Federal Express mailbox as follows:

**BY PERSONAL SERVICE [ ]** On this date, I caused to be served by hand a true copy of the above-named document(s) on the person(s) and at the address listed hereafter.

**FACSIMILE MACHINE [XXXX]** On this date, I caused to be transmitted by facsimile machine a true copy of the above-named document(s) to the above-mentioned party(ies).

**ELECTRONIC MAIL [XXXX]** On this date, electronic copies were sent to all those identified above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, at San Francisco, California.

_____
Kristi Davis